No. 04-01-00126-CV



Jerre KNEIP,


Appellant



v.



The STATE of Texas,


Appellee




From the County Court at Law, Kerr County, Texas


Trial Court No. CV010004


Honorable Spencer W. Brown, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: April 11, 2001


DISMISSED FOR LACK OF JURISDICTION

 On November 7, 2000, Jerre Kneip's bail bond was forfeited for failure to appear. On January
2, 2001, the court entered a judgment nisi against Kneip and Davis Bonding Company and citations
were issued. The record does not reflect whether either Kneip or Davis Bonding answered or
appeared. On February 2, 2001, Kneip filed a notice appealing the judgment nisi. No final judgment
of forfeiture has been signed.

 A judgment nisi is a judicial declaration of forfeiture; it is an interlocutory judgment, not a
final judgment. Hokr v. State, 545 S.W.2d 463, 465 (Tex. Crim. App. 1977). A bail bond forfeiture
is not final and appealable until a final judgment, disposing of both the principal and surety, is signed.
See Bostick v. State, 81 Tex. Crim. 402, 195 S.W. 863 (1917); Lozano v. State, 978 S.W.2d 645,
647-48 (Tex. App.-Eastland 1998, no pet.). We therefore dismiss this appeal for lack of jurisdiction.

 PER CURIAM

DO NOT PUBLISH